UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:  Chapter 7
 Case No. 25-60275
Caleb Joseph Oberg,

            Debtor.

## NOTICE OF MOTION AND MOTION OBJECTING TO EXEMPT PROPERTY

TO: The United States Bankruptcy Court, the United States Trustee, the Debtor, the Debtor's attorney, and all parties who requested notice under Bankruptcy Rule 2002.

1. Gene W. Doeling, Bankruptcy Trustee, moves the Court for the relief requested below and gives notice of hearing.

2. The Court will hold a hearing on this motion at 11:00 a.m. on Tuesday, December 2, 2025. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Dial-in instructions for telephonic hearings will also be displayed the day prior to the hearing on Judge Fisher's public calendar here: https://www.mnb.uscourts.gov/judges-calendars. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any response to this motion must be filed and served not later than Tuesday, November 25, 2025, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334. This motion arises under 11 U.S.C. § 542. This motion is filed under Fed. R. Bankr. P. 9014 and Local Rules 6072-1. This proceeding is a core proceeding.

5. The petition commencing this Chapter 7 case was filed on May 9, 2025. The creditor meeting was initially scheduled for June 9, 2025 but was continued to July 14 due to the debtor's unavailability. It was continued again to August 18 due to the unavailability of the debtor. The initial meeting was held on August 18. The continued meeting was held on October 27, 2025. The case is now pending in this Court.

6. Movant requests relief with respect to objecting to debtor's claim of exemptions. The debtor schedules real property located at 37143 185th Ave., Avon, MN with the total value of $532,200 and the debtor's one-half interest valued at $286,100. According to the

bankruptcy schedules, there is a secured claim held by Nationstar/Mr. Cooper in the amount of $260,206. The debtor seeks to exempt $155,997 of this property under Minn. Stat. §§ 510.01, 510.02 which is the homestead exemption.

7. During the creditor's meeting, the debtor testified that he was currently residing in Missouri, had not lived at the Avon, MN property claimed as his homestead since March 2025, and did not plan on returning to the property. At the time of the October creditor meeting, he was still residing in Missouri and the property is currently unoccupied. Homestead, as defined under Minn. Stat. § 510.01, is "The house owned and occupied by a debtor as the debtor's dwelling place, together with the land upon which it is situated…" As the debtor has not resided at this property in approximately two months prior to his bankruptcy filing, and had no intention to return to this property, it does not qualify as his homestead for bankruptcy exemption purposes. The trustee objects to the debtor's use of the homestead exemptions claimed by the debtor under Minn. Stat. §§ 510.01, 510.02.

**Wherefore**, Gene W. Doeling, by and through the undersigned attorney, moves the Court for an order of the Court:

1. Disallowing the debtor's exemption in the real property located at 37143 185th Ave., Avon, MN in the amount of $155,997 under Minn. Stat. §§ 510.01, 510.02.

2. For such further relief as the Court deems just and equitable.

Executed on October 31, 2025     Signed: /e/ Gene W. Doeling
Gene W. Doeling
Bankruptcy Trustee
PO Box 9231
Fargo, ND 58106-9231
(701) 232-8757
Atty. ID No. 242329

**Verification.** I, Gene W. Doeling, the moving party named in the foregoing notice of hearing and motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information and belief.

Executed on October 31, 2025     Signed: /e/ Gene W. Doeling
Gene W. Doeling, Trustee
PO Box 9231
Fargo, ND 58106-9231
(701) 232-8757

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

In Re:  Chapter 7
 Case No. 25-60275
Caleb Joseph Oberg,

                Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Heather Christ, declare under penalty of perjury that on October 31, 2025, the following parties were served electronically or via U.S. mail with the trustee's **NOTICE OF MOTION AND MOTION OBJECTING TO EXEMPT PROPERTY:**

Andrew Walker, andrew@bankruptcytruth.com
US Trustee ustpregion12.mn.ecf@usdoj.gov

Caleb Oberg
37143 185th Ave
Avon, MN 56310-4511


Executed on: October 31, 2025      Signed: /e/ Heather Christ
                                                     Heather Christ, Paralegal
                                                     KD LAW, PLLP
                                                      3429 Interstate Blvd. S.
                                                     Fargo, ND 58103

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                   Chapter 7
Case No. 25-60275

Caleb Joseph Oberg,

                Debtor.

**ORDER**

Upon the Objection to Claimed Exempt Property filed by the Trustee and upon all the files and records of the proceedings herein,

IT IS ORDERED

The Debtor's exemption claims in the real property located at 37143 185th Ave., Avon, MN in the amount of $155,997 under Minn. Stat. §§ 510.01, 510.02 are disallowed.

Dated:

William J. Fisher
United States Bankruptcy Judge