# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:                                                Chapter 7
                                                         Case No. 25-60275

Caleb Joseph Oberg,

            Debtor.

## NOTICE OF HEARING AND MOTION TO EXTEND OBJECTION
## TO DISCHARGE TIME PERIOD

TO:     The United States Bankruptcy court, the United States Trustee, the Debtor, the Debtor's attorney, and all parties who requested notice under Bankruptcy Rule 2002.

1. Gene W. Doeling, Trustee moves the Court for the relief requested below and gives notice of hearing.

2. The Court will hold a hearing on this motion at 11:00 a.m. on Tuesday, December 9, 2025. The hearing will be conducted telephonically. Please contact Judge Fisher's Courtroom Deputy by email at mnb_fisher_hearings@mnb.uscourts.gov or by telephone at 651-848-1061 to obtain the dial-in information. Any person wanting to appear in person must contact Judge Fisher's Courtroom Deputy at 651-848-1061 at least 48 hours prior to the hearing.

3. Any response to this motion must be filed and served not later than Tuesday, December 2, 2025, which is seven days before the time set for the hearing (including Saturdays, Sundays, and holidays). UNLESS A RESPONSE OPPOSING THE MOTION IS TIMELY FILED, THE COURT MAY GRANT THE MOTION WITHOUT A HEARING.

4. This Court has jurisdiction over this motion pursuant to 28 U.S.C. §§157 and 1334, Fed. R. Bankr. P. 5005 and Local Rule 1070-1. This proceeding is a core proceeding. The petition commencing this Chapter 7 case was filed on May 9, 2025. The case is now pending in this Court.

5. This motion arises under 11 U.S.C. § 727. This motion is filed under Fed. R. Bankr. P. 9014. Movant requests that the time period to object to discharge be extended.

6.  The trustee requests that the discharge date be extended to January 5, 2026. The current deadline to object to the debtor's discharge is November 6, 2025. The trustee has not yet completed his investigation into the debtor's financial affairs and has requested further records and access to the debtor's QuickBooks files. The debtor's discharge should be delayed until the trustee has concluded his investigation into the debtor's financial affairs.

**Wherefore**, Gene W. Doeling moves the Court for an order continuing the deadline to object to discharge to January 5, 2026 and for such other relief that may be just and equitable.

Executed on November 4, 2025        Signed: /e/ Gene W. Doeling
                                    Gene W. Doeling, Trustee
                                    PO Box 9231
                                    Fargo, ND  58106-9231
                                    (701) 232-8757

**Verification.**  I, Gene W. Doeling, the moving party named in the foregoing motion, declare under penalty of perjury that the foregoing is true and correct according to the best of my knowledge, information, and belief.

Executed on November 4, 2025        Signed: /e/ Gene W. Doeling
                                    Gene W. Doeling, Trustee
                                    PO Box 9231
                                    Fargo, ND  58106-9231
                                    (701) 232-8757

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                 Chapter 7
                                                      Case No. 25-60275

Caleb Joseph Oberg,

                          Debtor.

## UNSWORN CERTIFICATE OF SERVICE

I, Heather L. Christ, declare under penalty of perjury that on November 4, 2025, the following entities were served electronically via CM/ECF or served via U.S. mail with the trustee's **NOTICE OF HEARING AND MOTION TO EXTEND OBJECTION TO DISCHARGE TIME PERIOD**:

Andrew Walker, andrew@bankruptcytruth.com
Office of the United States Trustee, ustpregion12.mn.ecf@usdoj.gov

Caleb Oberg
37143 185th Ave.
Avon, MN  56310-4511


Executed on:  November 4, 2025         Signed:  /e/ Heather L. Christ
                                                                  Heather L. Christ, Paralegal
                                                                  3429 Interstate Blvd. S.
                                                                  Fargo, ND  58103

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In Re:  
    Chapter 7  
    Case No. 25-60275

Caleb Joseph Oberg,

    Debtor.

## ORDER

Gene W. Doeling, the Trustee in this matter, filed a Motion to Extend Objection to Discharge Time Period. No appearance was made in opposition to the motion. The Court does, based upon the record arising from said motion, order that:

The Trustee's Motion that the Deadline to File a Complaint Objecting to Discharge of the Debtor under 11 U.S.C. § 727 be extended is granted, and the time period is extended to January 5, 2026.

Dated:

William J. Fisher  
United States Bankruptcy Judge