# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

In re: Caleb Oberg                                    BK: 25-60275

Debtor(s).

---

### DEBTOR'S CHANGE OF ADDRESS

---

Pursuant to Local Rule 4002-1, the new address of the debtor(s) is:

Caleb Oberg

132 Glenrock Rd

Elkland, MO 65644

Please direct all future debtor correspondence to this new address.

/s/ Andrew C. Walker
Walker & Walker Law Offices, PLLC
Andrew C. Walker #392525
Ethan Mustonen #399356
4356 Nicollet Ave
Minneapolis, MN 55409
(612) 824-4357